# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Emerson Healthcare LLC
Attn: Maria Fiore
407 E. Lancaster Avenue
Wayne, PA 19087

Emerson Healthcare
Attn: Patrick Gibbons, President
407 East Lancaster Ave.
Wayne, PA 19087

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Emerson Healthcare LLC
Attn: Patrick Gibbons, Pres
Ed Morgan
701 Market St.
Philadelphia, PA 19106-1538

Emerson Healthcare, LLC
Attn: Patrick Gibbons, Pres
Ed Morgan
407 E. Lancaster Avenue
Wayne, PA 19087

Emerson Healthcare LLC
Attn: Maria Fiore
407 E. Lancaster Avenue
Wayne, PA 19087

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | <u>February 4, 2022</u> | Signature  <u>/s/ Gini L. Downing</u> |
| | Print Name: | <u>Gini L. Downing</u> |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | <u>Los Angeles, CA 90067</u> |



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emerson Healthcare LLC
   Attn: Maria Fiore
   407 E. Lancaster Avenue
   Wayne, PA 19087

9590 9402 3367 7227 2943 12

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7234

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emerson Healthcare, LLC
   Attn: Patrick Gibbons, Pres
   Ed Morgan
   407 E. Lancaster Avenue
   Wayne, PA 19087

9590 9402 3367 7227 2943 29

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt